**Denied and Opinion Filed November 4, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01069-CV

### IN RE SHANNELL Y. RICHARDS, Relator

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-50782-2017**

## MEMORANDUM OPINION
Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is relator's September 4, 2019 petition for writ of mandamus, real party in interest's October 6, 2019 response to the petition, and relator's October 8, 2019 reply. In her petition, relator requests that we direct the trial court to vacate the June 8, 2018 agreed final decree of divorce and issue a judgment in accordance with the parties' December 20, 2018 agreed amendment to the mediated settlement agreement.

To be entitled to mandamus relief, relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition for writ of mandamus, the response filed by real party, relator's reply, and the applicable law, we conclude relator has not shown she is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the

petition if the court determines relator is not entitled to the relief sought).

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE

191069f.p05